FILED
CLERK, U.S. DISTRICT COURT

AUG 3 0 2017

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY



1

2

3

4

5

6

7         UNITED STATES DISTRICT COURT

8         CENTRAL DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,        )   Case No. **5:16-CR-00034-VAP**
                                      )
11                   Plaintiff,       )
                                      )
12        vs.                         )   ORDER OF DETENTION AFTER HEARING
                                      )      [Fed.R.Crim.P. 32.1(a)(6);
13                                    )       18 U.S.C. 3143(a)]
     **MANUEL EDUARDO**               **)**
14        **VELAZQUEZ-COMPARAN,**     )
                                      )
15                   Defendant.       )
     _____)

16

17

18        The defendant having been arrested in this District pursuant to

19   a  warrant  issued  by  the  United  States  District  Court  for  the

     Contra/ District of California for alleged violation(s) of the terms and

20

21   conditions of his/her [~~probation~~] [supervised release]; and

22        The  Court  having  conducted  a  detention  hearing  pursuant  to

23   Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

24        The Court finds that:

25   A.   ☒   The defendant has not met his/her burden of establishing by

26        clear and convincing evidence that he/she is not likely to flee

27        if released under 18 U.S.C. § 3142(b) or (c).  This finding is

28        based on *defendant failed to identify a specific surety*

     *and failed to identify property that would secure a*
     *bond. Defendant has prior probation issues and a failure*
     *to appear*

_____

_____

_____

and/or

B. ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _Defendant has not identified a specific surety or property that could be security for a bond. Danger is further indicated by defendant's prior criminal record and substance abuse._

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: _8/30/2017_

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE